No. 94–7831. PATTERSON ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–7900. HOWELL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–7908. WILLIAMS ET UX. v. ARNOLD & ARNOLD LAW FIRM ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–7974. NGO v. UNITED STATES; and
No. 94–8004. KWOK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–8025. PARDUE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8032. KVIATKOVSKY v. TEMPLE UNIVERSITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–8062. NNANYERERUGO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–8084. ASHBURN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8110. JARVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8116. HABURN v. SHARP, MAGISTRATE JUDGE. C. A. 4th Cir. Certiorari denied.

No. 94–8136. VALDEZ-SOTO ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8153. BLOOMFIELD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–8155. THOMPSON v. MISSOURI BOARD OF PROBATION AND PAROLE ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–8163. SMITH ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8169. OVERSTREET v. UNITED STATES. C. A. 10th Cir. Certiorari denied.